ACCEPTED
01-15-00147-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 3:25:02 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00147-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 3:25:02 PM
CHRISTOPHER A. PRINE
Clerk

*In re S. Swain, Annuitant*

*Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company*,

Appellants,

*Peachtree Settlement Funding, LLC and Sara Swain,*

Appellees.

Appeal from Cause No. 201474548
In the 234th Judicial District Court, Harris County, Texas

**SECOND MOTION TO EXTEND TIME TO FILE BRIEF OF
APPELLEE PEACHTREE SETTLEMENT FUNDING, LLC**

TO THE HONORABLE COURT OF APPEALS:

Appellee Peachtree Settlement Funding, LLC ("Appellee") files this Second Motion to Extend Time to File Brief of Appellee Peachtree Settlement Funding, LLC in the above-referenced appeal as follows:

1. On September 18, 2015, the Court granted the Motion to Extend time to File Brief of Appellee, extending the deadline for Appellee to file its brief to Monday, October 19, 2015. Appellee respectfully requests a seven (7) day extension of time to file its brief in this case.

**SECOND MOTION TO EXTEND TIME TO FILE BRIEF OF
APPELLEE PEACHTREE SETTLEMENT FUNDING, LLC - Page 1**

2. Appellee seeks this short, seven (7) day extension so that counsel may devote the time necessary to complete the Appellee's brief on this very important issue. The undersigned lead counsel, Earl Nesbitt, has been traveling and out of the office much of the past two weeks. During the week of October 5, Mr. Nesbitt was in Wisconsin for 2 and ½ days testifying before a Wisconsin Senate Committee on proposed legislation (Assembly Bill 129) relating to structured settlements. This week, Mr. Nesbitt was in Lubbock on a separate legal matter for two days. Additionally, Mr. Nesbitt and his colleagues just completed and filed a brief in a case pending in the 5th District (Dallas) Court of Appeals (RSL Funding, LLC and RSL Special-IV, Limited Partnership v. Rickey Newsome; No. 05-15-00718-CV), which took up most of last week when Mr. Nesbitt was not out of town. For these reasons, Appellee's counsel has not been able to devote the necessary time to complete briefing in this matter.

3. The requested extension is not sought for purposes of delay, but so that justice may be done. This is the second request for extension of time Appellee has sought in this matter, and, as indicated in the Certificate of Conference below, Appellants Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company do not oppose this extension request.

WHEREFORE, PREMISES CONSIDERED, Appellee Peachtree Settlement Funding, LLC respectfully requests a seven (7) day extension of time to file its Brief of Appellee in this case and for such other and further relief to which Appellee may be

justly entitled.

Respectfully submitted,

NESBITT, VASSAR & McCOWN, L.L.P.

/s/ Earl S. Nesbitt
Earl S. Nesbitt
State Bar No. 14916900
enesbitt@nvmlaw.com
David S. Vassar
State Bar No. 20503175
dvassar@nvmlaw.com
Patrick P. Sicotte
State Bar. No. 24079330
psicotte@nvmlaw.com
15851 Dallas Parkway, Suite 800
Addison, Texas  75001
Telephone:  (972) 371-2411
Telecopier: (972) 371-2410

ATTORNEYS FOR APPELLEE PEACHTREE
SETTLEMENT FUNDING, LLC

## CERTIFICATE OF CONFERENCE

I certify that I made contact with Andrew Lorin, counsel for Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company, and he indicated that his clients do not oppose the relief sought in this Motion.

/s/  Earl S. Nesbitt
Earl S. Nesbitt

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel or parties of record on this the 16th day of October, 2015.

**Via Certified Mail
and E-Mail**
Patrick B. Larkin
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584

**Via Certified Mail
and E-Mail**
Andrew Jay Lorin
Stephen R. Harris
Patrick M. Harrington
Drinker, Biddle & Reath, LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103

**Via Certified Mail**
Sara Swain

/s/ Earl S. Nesbitt
Earl S. Nesbitt
